IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PAUL MILLER,

    Plaintiff,                        No. C.A. 05-70

    vs.

C&K INDUSTRIAL SERVICES, INC.,

    Defendant.

## STIPULATION FOR SETTLEMENT OF CASE

We, the attorneys for the respective parties, do hereby stipulate that this case has been settled, and that the Court may enter an Order accordingly, notice by the Clerk being hereby waived.

Date: March 26, 2007

                                                     /s/ Matthew L. Kurzweg
                                                     Matthew L. Kurzweg, Esq.
                                                     Pa.I.D. 76462
                                                     Attorney for Plaintiff


                                                     /s/ Edward I. Levicoff
                                                     Edward I. Levicoff, Esq.
                                                     Pa.I.D. 200108
                                                     Attorney for Defendant

## ORDER

AND NOW this 27th day of March, 2007, IT IS SO ORDERED.

                                                                                                                                                                 , J.